Appendix A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
_____ DIVISION

Rodney A. Simmons §
 §
versus §
 § CIVIL ACTION NO. _____
Texas Energy Services § **V-11-20**
3000 S. Hwy 281, §
Alice, Texas 78333 §
 §

EMPLOYMENT DISCRIMINATION COMPLAINT

1. This action is brought under Title VII of the Civil Rights act of 1964 for employment discrimination. Jurisdiction is conferred by Title 42 United States Code, Section §2000e-5.

2. The plaintiff is: Rodney A. Simmons

   Address: 1307 Lavendales St.

   Victoria, Texas 77901

   County of Residence: Victoria

3. The defendant is: Texas Energy Services Inc.

   Address: 3000 S. Hwy 281

   Alice, Texas 78333

☐ Check here if there are additional defendants. List them on a separate sheet of paper with their complete addresses.

4. The plaintiff has attached to this complaint a copy of the charges filed on __4/5/10__ with the Equal Employment Opportunity Commission.

5. On the date of __1/7/11__, the plaintiff received a Notice of Right to Sue letter issued by the Equal Employment Opportunity Commission; a copy is attached.

6. Because of the plaintiff's:

   (a)  ☑  race

   (b)  ☐  color

   (c)  ☐  sex

   (d)  ☐  religion

   (e)  ☐  national origin,

   the defendant has:

   (a)  ☐  failed to employ the plaintiff

   (b)  ☑  terminated the plaintiff's employment

   (c)  ☐  failed to promote the plaintiff

   (d)  ☐  other: _____

   _____

7. When and how the defendant has discriminated against the plaintiff: I was Scream at and Call racial names, because I refuse to break the law.

8. The plaintiff requests that the defendant be ordered: To pay damages in all areas.

(a) ☐ to stop discriminating against the plaintiff

(b) ☐ to employ the plaintiff

(c) ☐ to re-employ the plaintiff

(d) ☐ to promote the plaintiff

(e) ☐ to _pay all damages in all areas._

_____ and that;

(f) ☑ the Court grant other relief, including injunctions, damages, costs and attorney's fees.

_____
(Signature of Plaintiff)

Address: 1207 Lawndale St. Victoria Texas 77901

Telephone: 361-653-2309