UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| RODNEY A. SIMMONS, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. V-11-20 |
| | § | |
| TEXAS ENERGY SERVICE, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER GRANTING DEFENDANT TEXAS ENERGY SERVICES' MOTION FOR RELIEF

On this day came on to be heard Defendant's Advisory to the Court and Motion for Relief.

After considering the file as a whole and this Court's previous Order of May 16, 2012, the Court hereby GRANTS Defendant's Motion for Relief.

Accordingly, all claims for relief submitted by Plaintiff are hereby DISMISSED with prejudice to refilling and each party is ordered to pay its own costs.

SIGNED this 14th day of June, 2012.

_____
Gregg Costa
United States District Judge